IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMELINE ABELLA, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LM INSURANCE CORPORATION | : | NO. 18-2702 |

## O R D E R

**AND NOW,** this 2nd day of January, 2019, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                              Kate Barkman
                              Clerk of Court

                                    /s/ Kristin R. Makely
                              By:  _____
                                   Kristin R. Makely,
                                   *Deputy Clerk*

Civ. 2 41.1(b) (3/18)